UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
CIVIL MINUTES – GENERAL

| Case No. | 2:25-cv-06714-AH-(RAOx) | Date | August 27, 2025 |
|---|---|---|---|
| Title | *Advanced Orthopedic Center Inc. v. Lakeside Medical Organization* | | |

Present: The Honorable    Anne Hwang, United States District Judge

| Yolanda Skipper | Not Reported |
|---|---|
| Deputy Clerk | Court Reporter |

Attorney(s) Present for Plaintiff(s):    Attorney(s) Present for Defendant(s):

None Present    None Present

**Proceedings:    (IN CHAMBERS) ORDER RE:  COMPLIANCE WITH LOCAL RULE 83-2.2.2**

Parties are required to comply with Local Rule 83-2.2.2, which states:

Only individuals may represent themselves *pro se*.  No organization or entity of any other kind (including corporations, limited liability corporations, partnerships, limited liability partnerships, unincorporated associations, trusts) may appear in any action or proceeding unless represented by an attorney permitted to practice before this Court under L.R. 83-2.1.

L.R. 83-2.2.2.

Currently, Plaintiff Advanced Orthopedic Center Inc. is not represented by counsel.  Plaintiff Advanced Orthopedic Center Inc. is an organization and is therefore in violation of Local Rule 83-2.2.2.  Accordingly, Plaintiff Advanced Orthopedic Center Inc. must retain counsel within **thirty (30) days** or else it will be dismissed from the case.

**IT IS SO ORDERED.**